UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - x
                                              :
UNITED STATES OF AMERICA                      :     <u>SEALED</u>
                                              :     <u>INDICTMENT</u>
          -v-                                 :
                                              :     S1 07 Cr. 888
DIANA MONSALVE MUNOZ,                         :
   a/k/a "Queen of Cocaine,"                  :
                                              :
                    Defendant.                :
- - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 11-5-07

<u><b>COUNT ONE</b></u>

The Grand Jury charges:

1.   From at least in or about August 2006 through in or about September 2007, in the Southern District of New York and elsewhere, DIANA MONSALVE MUNOZ, a/k/a "Queen of Cocaine," the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2.   It was a part and an object of said conspiracy that DIANA MONSALVE MUNOZ, a/k/a "Queen of Cocaine," the defendant, and others known and unknown, would and did import into the United States from a place outside thereof a controlled substance, to wit, five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Sections 812, 952(a), 960(a)(1) and 960(b)(1)(B)(ii) of Title 21, United States Code.

3. It was further a part and an object of said conspiracy that DIANA MONSALVE MUNOZ, a/k/a "Queen of Cocaine," the defendant, and others known and unknown, would and did import into the United States from a place outside thereof a controlled substance, to wit, one kilogram and more of mixtures and substances containing a detectable amount of heroin, in violation of Sections 812, 952(a), 960(a)(1) and 960(b)(1)(A) of Title 21, United States Code.

4. It was further a part and an object of said conspiracy that DIANA MONSALVE MUNOZ, a/k/a "Queen of Cocaine," the defendant, and others known and unknown, while outside the territorial jurisdiction of the United States, would and did distribute a controlled substance, to wit, five kilograms and more of mixtures and substances containing a detectable amount of cocaine, knowing and intending that such substance would be unlawfully imported into the United States or into waters within a distance of 12 miles of the coast of the United States, in violation of Sections 812, 959(a), and 960(b)(1)(B)(ii) of Title 21, United States Code.

5. It was further a part and an object of said conspiracy that DIANA MONSALVE MUNOZ, a/k/a "Queen of Cocaine," the defendant, and others known and unknown, while outside the territorial jurisdiction of the United States, would and did

distribute a controlled substance, to wit, one kilogram and more of mixtures and substances containing a detectable amount of heroin, knowing and intending that such substance would be unlawfully imported into the United States or into waters within a distance of 12 miles of the coast of the United States, in violation of Sections 812, 959(a), and 960(b)(1)(A) of Title 21, United States Code.

### Overt Acts

6.   In furtherance of said conspiracy and to effect the illegal objects thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a.   In or about November 2006, while outside the United States, DIANA MONSALVE MUNOZ, a/k/a "Queen of Cocaine," the defendant, spoke by telephone regarding the delivery of a quantity of cocaine in or around New York, New York.

b.   On or about November 27, 2006, a co-conspirator not named as a defendant herein ("CC-1") possessed approximately six kilograms of cocaine in Queens, New York.

c.   In or about February 2007, while outside the United States, DIANA MONSALVE MUNOZ, a/k/a "Queen of Cocaine," the defendant, spoke by telephone regarding the delivery of a quantity of heroin in or around New York, New York.

    d. On or about February 21, 2007, a co-conspirator not named as a defendant herein ("CC-2") possessed approximately two kilograms of heroin in Manhattan, New York.

    e. In or about March 2007, while outside the United States, DIANA MONSALVE MUNOZ, a/k/a "Queen of Cocaine," the defendant, spoke by telephone regarding the delivery of a quantity of heroin in or around New York, New York.

    f. On or about March 21, 2007, a co-conspirator not named as a defendant herein ("CC-3") possessed approximately four kilograms of heroin in Queens, New York.

    (Title 21, United States Code, Section 963.)

## COUNT TWO

  The Grand Jury further charges:

  7. From in or about August 2006 through in or about September 2007, DIANA MONSALVE MUNOZ, a/k/a "Queen of Cocaine," the defendant, while outside the territorial jurisdiction of the United States, distributed a controlled substance, to wit, five kilograms and more of mixtures and substances containing a detectable amount of cocaine, knowing and intending that the controlled substances would be unlawfully imported into the United States, or into waters within a distance of 12 miles of

the coast of the United States.

(Title 21 United States Code, Sections 959(a) and (c), 960(a)(3),
and 960(b)(1)(B)(ii);
Title 18, United States Code, Section 2).

## COUNT THREE

The Grand Jury further charges:

8.   From in or about August 2006 through in or about September 2007, DIANA MONSALVE MUNOZ, a/k/a "Queen of Cocaine," the defendant, while outside the territorial jurisdiction of the United States, distributed a controlled substance, to wit, one kilogram and more of mixtures and substances containing a detectable amount of heroin, knowing and intending that the controlled substances would be unlawfully imported into the United States, or into waters within a distance of 12 miles of the coast of the United States.

(Title 21 United States Code, Sections 959(a) and (c), 960(a)(3),
and 960(b)(1)(A);
Title 18, United States Code, Section 2).

## COUNT FOUR

The Grand Jury further charges:

9.   From at least in or about August 2006 through in or about September 2007, DIANA MONSALVE MUNOZ, a/k/a "Queen of Cocaine," the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire,

confederate and agree together and with each other to violate the narcotics laws of the United States.

10.  It was a part and an object of the conspiracy that DIANA MONSALVE MUNOZ, a/k/a "Queen of Cocaine," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Sections 812, 841(a)(1) and 841(b)(1)(A)(ii)(II) of Title 21, United States Code.

11.  It was a part and an object of the conspiracy that DIANA MONSALVE MUNOZ, a/k/a "Queen of Cocaine," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, one kilogram and more of mixtures and substances containing a detectable amount of heroin, in violation of Sections 812, 841(a)(1) and 841(b)(1)(A)(i) of Title 21, United States Code.

### Overt Acts

12.  In furtherance of said conspiracy and to effect the illegal objects thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a. In or about November 2006, DIANA MONSALVE MUNOZ, a/k/a "Queen of Cocaine," the defendant, spoke by telephone regarding the delivery of a quantity of cocaine in or around New York, New York.

b. On or about November 27, 2006, a co-conspirator not named as a defendant herein ("CC-1") possessed approximately six kilograms of cocaine in Queens, New York.

c. In or about February 2007, DIANA MONSALVE MUNOZ, a/k/a "Queen of Cocaine," the defendant, spoke by telephone regarding the delivery of a quantity of heroin in or around New York, New York.

d. On or about February 21, 2007, a co-conspirator not named as a defendant herein ("CC-2") possessed approximately two kilograms of heroin in Manhattan, New York.

e. In or about March 2007, DIANA MONSALVE MUNOZ, a/k/a "Queen of Cocaine," the defendant, spoke by telephone regarding the delivery of a quantity of heroin in or around New York, New York.

f. On or about March 21, 2007, a co-conspirator not named as a defendant herein ("CC-2") possessed approximately four kilograms of heroin in Queens, New York.

(Title 21, United States Code, Section 846.)

**FORFEITURE ALLEGATION**

13. As a result of committing one or more of the controlled substance offenses alleged in Counts One through Four of this Indictment, DIANA MONSALVE MUNOZ, a/k/a "Queen of Cocaine," the defendant, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting and derived from any proceeds that the said defendant obtained directly and indirectly as a result of the said violations and any and all property used and intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts One through Four of this Indictment.

**Substitute Assets Provision**

14. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

  (Title 21, United States Code, Sections 853 and 970.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v -

DIANA MONSALVE MUNOZ,
a/k/a "Queen of Cocaine,"

Defendant.

SEALED INDICTMENT

S1 07 Cr. 888

(Title 21, United States Code,
Sections 846, 853, 952, 959, 960, 963 and
970; and Title 18, United States Code,
Section 2.)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*
Foreperson.

*[Handwritten notes: Filed indictment. Case assigned to Judge Marrero. A/W issued for Def. Munoz. Filed under seal. —Francis, J.]*

*[Handwritten: SDNY 11/5/07]*