

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - x
                                         :
UNITED STATES OF AMERICA                 :
                                         :       ORDER
           -v-                           :
                                         :       S1 07 Cr. 888
DIANA MONSALVE MUNOZ,                    :
  a/k/a "Queen of Cocaine,"              :
                                         :
                    Defendant.           :
- - - - - - - - - - - - - - - - - - - - x

       Upon application of the United States of America, by and through Assistant United States Attorney Marshall A. Camp, it is hereby ORDERED that Indictment S1 07 Cr. 888, which was filed under seal on or about November 5, 2007, be and hereby is unsealed.

SO ORDERED.

Dated:    New York, New York
          December 10, 2007

 

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

THEODORE H. KATZ
UNITED STATES    MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 1 0 2007